# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADORE J. RODARTE,<br><br>Defendant. | Case No. 1:15-mj-00149-SAB<br><br>ORDER DENYING WAIVER OF PERSONAL APPEARANCE WITHOUT PREJUDICE<br><br>(ECF No. 5) |

On October 2, 2015, a criminal complaint was filed in this action against Defendant Salvador J. Rodarte.  Arraignment on the complaint is set for November 19, 2015 at 9:00 a.m. in Courtroom 9.  On October 28, 2015, Defendant filed a waiver of personal appearance.

The Court requires a criminal defendant to appear for arraignment on the complaint. Accordingly, Defendant's request for a waiver of his personal appearance at the November 19, 2015 hearing is HEREBY DENIED without prejudice.  Defendant is required to appear for the November 19, 2015 hearing and may address a waiver of future appearances at that time.

IT IS SO ORDERED.

Dated:   **October 29, 2015**

UNITED STATES MAGISTRATE JUDGE