# IN THE UNITED STATES DISTRICT COURT

## For The

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　　　)<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>SALVADOR RODARTE,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　　　)<br>　　　　　　　　　　　　　　　　) | Case No. 1:15-mj-00149-SAB-1<br><br>**DEFENDANT'S STATUS REPORT ON<br>UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**　　　　36 CFR 4.23

**Sentence Date:**　　　January 21, 2016

**Review Hearing Date:** November 3, 2016

**Probation Expires On:** January 20, 2017

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒　　**Obey all federal, state and local laws**; and

X　　**Monetary Fines & Penalties in Total Amount of:** $510.00 which Total Amount is made up of a Fine: $ 500.00 Special Assessment: $ 10.00　Processing Fee: $ Choose an item. Restitution: $

☐　　Payment schedule of $　　　per month by the　　　of each month.

X　　**Community Service hours Imposed of:** 100 hours by 9/30/16

X　　**Other Conditions:** Complete First Offender DUI Program by 9/30/16

### *COMPLIANCE:*

☐　　Defendant has complied with and completed <u>all</u> conditions of probation described-above.

　　　**Otherwise:**

X　　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

　　　　　　If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

X　　To date, Defendant has paid a total of $ 510.00
　　　☐ If not paid in full when was last time payment:　　Date: Click here to enter a date.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Amount:

X　　To date, Defendant has performed 100　hours of community service.

X　　Compliance with Other Conditions of Probation: Defendant is enrolled in DUI program. Expected completion date is 11/18/16. Additionally, Defendant's attorney expects to be out of the country on November 3, 2016.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

*GOVERNMENT POSITION:*

X    The Government agrees to the above-described compliance.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:  Michael Tierney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

X    that the review hearing set for 11/3/2016 at          10:00 a.m.

    X    be continued to 12/1/2016 at 10:00 a.m.; or

    ☐    be vacated.

X    that Defendant's appearance for the review hearing be waived.

DATED:  10/17/2016                                        Ian Heuston
                                                                  DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

**X**    GRANTED in part.  The Court orders that the Review Hearing set for November 3, 2016 at 10:00 a.m. be continued to January 19, 2017 at 10:00 a.m.  Defendant is ordered to file a new status report by January 5, 2017 and also attach proof of his community service hours and his certificate for completion of his DUI program.

☐    DENIED.

IT IS SO ORDERED.

Dated:  **October 18, 2016**

                                                                    UNITED STATES MAGISTRATE JUDGE