# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SALVADOR RODARTE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:15-mj-00149-SAB-1 <br><br> **DEFENDANT'S STATUS REPORT ON** <br> **UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 4.23

**Sentence Date:** January 21, 2016

**Review Hearing Date:** January 19, 2017

**Probation Expires On:** January 20, 2017

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

x **Monetary Fines & Penalties in Total Amount of:** $510.00 which Total Amount is made up of a Fine: $ 500.00 Special Assessment: $ 10.00  Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $         per month by the         of each month.

x **Community Service hours Imposed of:** 100 hours by 9/30/16

x **Other Conditions:** Complete First Offender DUI Program by 9/30/16

## COMPLIANCE:

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

x Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

x To date, Defendant has paid a total of $ 510.00
☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
Amount:

x To date, Defendant has performed 100 hours of community service.

x Compliance with Other Conditions of Probation: Defendant completed his DUI program on November 18, 2016, after the court-ordered completion date of September 30, 2016.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

**GOVERNMENT POSITION:**

**XX**    The Government agrees to the above-described compliance.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:  <u>Michael G. Tierney</u>

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

**x**    that the review hearing set for 1/19/2017 at         10:00 a.m.

        be continued to 12/1/2016 at 10:00 a.m.; or

    **x**    be vacated.

**x**    that Defendant's appearance for the review hearing be waived.

DATED: 1/5/2017                                             <u>Ian Heuston</u>_____
                                                      DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

**✗**    GRANTED.  The Court orders that the Review Hearing be vacated.

☐    DENIED.

IT IS SO ORDERED.

Dated:  **January 11, 2017**                                             _____
                                                     UNITED STATES MAGISTRATE JUDGE